Jennie E. Noonan, Respondent, v. Thomas C. Luther, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, unless plaintiff stipulates to reduce the verdict to $500, in which case judgment, as so modified, and order affirmed, without costs. All concurred, except Kellogg and Houghton, JJ., who voted for absolute reversal.

The Nitro Powder Company, Respondent, v. Marx & Rawolle, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

Oliver O'Dell, Respondent, v. Plattsburgh Gas and Electric Company, Appellant.— Judgment and order reversed on exceptions and new trial granted, with costs to appellant to abide event. All concurred.

The People of the State of New York ex rel. Helen C. Butler and Others, Respondents, v. Isaac Y. Ouderkirk and Others, as Assessors of the Town of Saratoga Springs, Appellants.— Final order or judgment modified by striking out provision as to extra allowance and as modified unanimously affirmed, without costs. All concurred.

The People of the State of New York ex rel. Henry S. McCall, Appellant, v. The City of Albany and Others, Respondents.— Order unanimously affirmed, with ten dollars costs and disbursements.

The People of the State of New York ex rel. The United States Hotel Company, a Corporation, Respondent, v. Isaac Y. Ouderkirk and Others, as Assessors of the Town of Saratoga Springs, and the Village of Saratoga Springs, Appellants. (Assessment for 1908.)— Order modified by striking out the extra allowance of costs and as so modified affirmed as to the assessors of the town of Saratoga Springs, without costs. Appeal of the village of Saratoga Springs dismissed on the ground that the order against it was a nullity, it not being a party to the original proceeding, and no motion having been made to correct the order. All concurred.

The People of the State of New York ex rel. The United States Hotel Company, Respondent, v. Isaac Y. Ouderkirk and Others, as Assessors of the Town of Saratoga Springs, and the Village of Saratoga Springs, Appellants. (Assessment for 1909.)— Order modified by striking out the extra allowance of costs and as so modified affirmed as to the assessors of the town of Saratoga Springs, without costs. Appeal of the village of Saratoga Springs dismissed. All concurred.

The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Respondent, v. Edwin Wakeman and Others, as Assessors of the Town of Walton, Delaware County, New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. Walter Bushnell and Others, Appellants, v. Arthur Van Deusen, Town Superintendent of Highways of the Town of Hillsdale, in the County of Columbia, New York, and H. D. Cornell, Town Clerk of the Town of Hillsdale, in the County of Columbia, New York, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.